In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00490-CV

_____

## IN RE JOHN S. MORGAN AND JOHN S. MORGAN, P.C., D/B/A MORGAN LAW FIRM

**Original Proceeding**

## MEMORANDUM OPINION ON REHEARING

John S. Morgan and John S. Morgan, P.C., d/b/a Morgan Law Firm filed a motion for rehearing with a supplemental appendix. *See* Tex. R. App. P. 52.9. After reviewing the motion for rehearing and the supplemental appendix, we conclude Relators have not established that they are entitled to mandamus relief. Tex. R. App. P. 52.8(a). We overrule the motion for rehearing.

MOTION FOR REHEARING OVERRULED.

PER CURIAM

Opinion Delivered December 12, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.